382 A.2d 745

Commonwealth v. Davis, Appellant.

Submitted December 6, 1976. Nazario Jimenez, Jr., for appellant; Vincent M. Lorusso, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 745

Commonwealth v. Didggis, Appellant.

Submitted September 13, 1976. Lois B. Anderson, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and CERCONE, JJ., dissent and would remand for resentencing pursuant to *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).